UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Jennifer Jones | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:15-08489 |
| v. | |
| Virtuoso Sourcing Group, LLC | NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT |
| DEFENDANT(S). | |

To:    All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order 14-03 this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☒ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☐ Western ☐ Southern ☒ Eastern Division.

This case has been reassigned to case number    5:15-cv-02238    and has been ☒ assigned ☐ reassigned to Judge    Otis D. Wright, II    for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☐ assigned ☐ reassigned to Magistrate Judge    David T. Bristow    for:

☒ any discovery and/or post-judgment matters that may be referred.

☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read:    5:15-cv-02238-ODW (DTBx)   . This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By:  Estrella_Tamayo@cacd.uscourts.gov
     Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Intake Coordinator; Statistics Clerk*

G-73 (06/14)    NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT